IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JOHN D. & CECILE F. CRANE ) | |
| ) | |
| FREEDOM MORTGAGE CORPORATION, ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 10B47266 |
| ) | JUDGE SUSAN PIERSON SONDERBY |
| JOHN D. & CECILE F. CRANE, ) | |
| Debtor, ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Freedom Mortgage Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the February 2012 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of January 3, 2012.

   a. Attorney's fees                     $100.00

      * Debtor is current on payments due February 2012.  All arrears were paid and nothing is outstanding.

   **Total                                $100.00**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, Freedom Mortgage Corporation rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Freedom Mortgage Corporation

/s/Dana N. O'Brien
Dana N. O'Brien/ARDC#6256415
Pierce and Associates, P.C.

1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088